# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MACEO REMY, | : | No. 46 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CHILD SUPPORT PROGRAM BUREAU | : | |
| OF CHILD SUPPORT ENFORCEMENT, | : | |
| COUNTY OF PHILADELPHIA, CITY OF | : | |
| PHILADELPHIA, ANITA BOTCHWAY, | : | |
| MARIA TESTA, ENRIQUE PAGNANELLI, | : | |
| JEFF PINCKNEY, MARGARET T. | : | |
| MURPHY, WILLIAM GATES, NWENNA | : | |
| GATES, RACHEL LEVINE, DENNIS | : | |
| SCANNAPIECO, JOEL JOHNSON, | : | |
| BARRY LUST, JAMES CROWLEY, CITY | : | |
| OF READING, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2018, the Application for an Exercise of Either King' Bench Power or Extraordinary Jurisdiction is DENIED.